# UNITED STATES DISTRICT COURT

## District of Minnesota

Dexon Computer, Inc.,

                     Plaintiff,

v.

Travelers Property Casualty Co. of America,

                     Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-1498 (PJS/DTS)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  As set forth in the *Stipulation for Entry of Final Judgment and for the Dismissal Without Prejudice of Certain Claims Pursuant to FRCP 41*, filed in this matter, judgment shall be entered in favor of Dexon and against Travelers in the total amount of $ 712,910.56, representing reasonable and necessary costs and fees paid and/or incurred by Dexon through November 30, 2022 in its defense of the claims asserted against it by Cisco Systems, Inc., and Cisco Technology Inc. (collectively, "Cisco") in the U.S. District Court for the Northern District of California, in the matter entitled *Cisco Systems, Inc., and Cisco Technology Inc. v. Dexon Computer, Inc.*, Case No. 3:20-cv-4926 CRB (the "*Cisco* Action").

2.  As set forth in the *Stipulation for Entry of Final Judgment and for the Dismissal Without Prejudice of Certain Claims Pursuant to FRCP 41*, filed in this matter, judgment shall be

entered in favor of Dexon and against Travelers in the total amount of $ 127,217.00, representing reasonable and necessary costs and fees paid and/or incurred to by Dexon through November 30, 2022 relative to its prosecution of the above-captioned lawsuit.

3. As set forth in the *Stipulation for Entry of Final Judgment and for the Dismissal Without Prejudice of Certain Claims Pursuant to FRCP 41*, filed in this matter, judgment shall be entered in favor of Dexon and against Travelers in the amount of $73,539.26, representing prejudgment interest on the amount of reasonable and necessary costs and fees paid and/or incurred by Dexon through November 30, 2022 in its defense of the claims asserted against it by Cisco in the *Cisco* Action.

4. As set forth in the *Stipulation for Entry of Final Judgment and for the Dismissal Without Prejudice of Certain Claims Pursuant to FRCP 41*, filed in this matter, as the result of the Order issued in this matter on July 11, 2022 (the "Order"), Travelers presently has an obligation to pay Dexon its reasonable and necessary costs and fees incurred subsequent to November 30, 2022 in its defense of the claims asserted against it by Cisco in the *Cisco* Action, subject to the applicable claims-made "CyberFirst Liability Policy" issued by Travelers to Dexon, bearing Policy Number ZPL- 16N54173-20-I5, with a policy period of May 18, 2020 to May 18, 2021, and an applicable retroactive date of May 18, 2019 (the "Policy"), which provides in relevant part that defense expenses reduce, and may exhaust the Policy limits of $1,000,000.00. Travelers' future obligation as to reasonable and necessary costs and fees incurred by Dexon in its defense of the claims asserted against it by Cisco in the *Cisco* Action after November 31, 2022 is therefore expressly limited to the difference between $1,000,000.00 and the amount of the judgment entered pursuant to Paragraph 1 herein.

5. As set forth in the *Stipulation for Entry of Final Judgment and for the Dismissal Without Prejudice of Certain Claims Pursuant to FRCP 41*, filed in this matter, the remaining claims against Travelers in the Present Lawsuit concerning indemnification, as to Count I and Count II, are hereby DISMISSED WITHOUT PREJUDICE, and without fees or costs upon refiling, specifically preserving all future claims for indemnity against Travelers relative to the claims asserted against Dexon by Cisco in the *Cisco* Action.

6. Execution on this Judgment and proceedings to enforce it are stayed pursuant to Federal Rule of Civil Procedure 62 pending the resolution of Travelers' intended appeal of the Court's July 11, 2022 Order denying Travelers' motion to dismiss Counts I and II of Dexon's Complaint. As set forth in the *Stipulation for Entry of Final Judgment and for the Dismissal Without Prejudice of Certain Claims Pursuant to FRCP 41*, filed in this matter, Dexon waives the necessity of a bond on Travelers' intended appeal of the Order.

Date: 1/25/2023                                   KATE M. FOGARTY, CLERK